**Order entered November 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-01042-CV

---

### SYED RAHMAN AND SABRINA RAHMAN, Appellants

### V.

### CHARLENE N. FOSTER, Appellee

---

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-03078-2015

---

## ORDER

The clerk's record in this case is overdue. By letter dated October 25, 2016, we informed appellants the clerk's record had not been filed because appellants had not paid for the clerk's record. We directed appellants to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation they had been found entitled to proceed without payment of costs. We cautioned appellants that failure to do so would result in the dismissal of this appeal without further notice. On November 1, 2016, appellants informed the Court that they had contacted the Collin County Clerk and were told they do not have "any due payment also its (sic) not in their system."

Accordingly, we **ORDER** the Collin County District Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record; or (2) written documentation of notification to appellants of the amount due for the clerk's record.  We **DIRECT** the Clerk of the Court to send a copy of this order to:

Lynne Finley
Collin County District Clerk

All Parties

/s/    ELIZABETH LANG-MIERS
        JUSTICE